# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:17CR126 |
| vs. | ) | |
| ROBERT KREHMEYER | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the defendant's unopposed Motion to Continue Trial and Extend Motion Deadlines [20]. Counsel is seeking additional time to review discovery and discuss a possible resolution of the case short of trial. For good cause shown, the Motion to Continue Trial will be granted. Defendant shall comply with NECrimR 12.1(a). The defendant's Motion to Extend Deadlines will be denied without prejudice.

**IT IS ORDERED** that defendant's Motion to Extend Motion Deadlines is denied without prejudice. The unopposed Motion to Continue Trial [20] is granted as follows:

1. The jury trial, now set for August 29, 2017 is continued, to **September 26, 2017.**

2. The defendant shall file an affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 26, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED August 22, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge